UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-297-1-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO TERMINATE |
| | ) | SUPERVISED RELEASE |
| DAVID LEE BRADY, | ) | |
| Defendant. | ) | |

This matter coming to be heard upon motion of Defendant David Lee Brady, and the Government having no objection to this motion, and this Court finding good cause for granting the relief requested;

Therefore, it is Ordered that the period of supervised release for Defendant David Lee Brady is hereby terminated.

This the 5 day of March, 2014.

Honorable Terrence W. Boyle
U.S. District Court